**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Digital Ink, Inc** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **54-1962393** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**c/o C. David McGinnis**
**2113 Carindale Drive**
**Midlothian, VA 23112**
Number, Street, City, State & ZIP Code

**Chesterfield**
County

**Mailing address, if different from principal place of business**

**PO Box 191**
**Petersburg, VA 23804**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

| Debtor | Digital Ink, Inc | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | Christopher David McGinnis | Relationship | Owner |
|---|---|---|---|---|
| | District | Richmond | When | 5/31/17 | Case number, if known | 17-32815 |

Debtor    **Digital Ink, Inc**_____    Case number (*if known*)_____
_____Name_____

**11. Why is the case filed in** *Check all that apply:*
   **this district?**

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or** ■ No
   **have possession of any**
   **real property or personal** ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
   **property that needs**
   **immediate attention?**

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                          Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

          Contact name _____

          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of** .   *Check one:*
   **available funds**
     ☐ Funds will be available for distribution to unsecured creditors.

     ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of** ■ 1-49         ☐ 1,000-5,000         ☐ 25,001-50,000
   **creditors** ☐ 50-99        ☐ 5001-10,000       ☐ 50,001-100,000
         ☐ 100-199      ☐ 10,001-25,000     ☐ More than100,000
         ☐ 200-999

---

**15. Estimated Assets** ■ $0 - $50,000      ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
         ☐ $50,001 - $100,000   ☐ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion
         ☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
         ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million  ☐ More than $50 billion

---

**16. Estimated liabilities** ☐ $0 - $50,000       ■ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion
         ☐ $50,001 - $100,000   ☐ $10,000,001 - $50  million  ☐ $1,000,000,001 - $10 billion
         ☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
         ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million  ☐ More than $50 billion

---

| Debtor | **Digital Ink, Inc** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  5, 2018**
MM / DD / YYYY

**X** **/s/ Harry Shaia, Jr.**                               **Harry Shaia, Jr.**
Signature of authorized representative of debtor              Printed name

Title    **Trustee in Bankruptcy**

**18. Signature of attorney**

**X** **/s/ W. Scott Dillard II**                    Date    **January  5, 2018**
Signature of attorney for debtor                            MM / DD / YYYY

**W. Scott Dillard II**
Printed name

**Spinella, Owings & Shaia, P.C.**
Firm name

**8550 Mayland Drive**
**Richmond, VA 23294-4704**
Number, Street, City, State & ZIP Code

Contact phone    **804-747-0920**        Email address    **scottdillard@spinella.com**

**80300**
Bar number and State

Adams, Jenkins & Cheatham
231 Wylderose Drive
Midlothian, VA 23113


Ally
PO Box 78369
Phoenix, AZ 85062


American Boiler Inspection Ser
12800 Saddlerseat Place
Henrico, VA 23233


American Express
948 Clopper Road
2nd floor
Gaithersburg, MD 20878


ARC
PO Box 5378
Philadelphia, PA 19142


Bank of America
7322 Southwest Freeway
Suite 1600
Houston, TX 77017-4000


Capital Solution BanCorp LLC
10451 Mill Run Circle
#1000
Owings Mills, MD 21117


Cirus
PO Box 5344
Richmond, VA 23220


City of Richmond
PO Box 26505
Richmond, VA 23261


Commonwealth of Virginia
PO Box 2369
Richmond, VA 23218

Dankos, Gordon & Tucker
1360 E. Parham Rd.
Suite 200
Henrico, VA 23228


Department of Treasury
INternal Revenue Services
Cincinnati, OH 45999-0039


Everest Business Funding
2990 Richmond Ave
Suite 144
Houston, TX 77098


FedEx Freight
PO Box 223125
Pittsburgh, PA 15251


Ford Motor Credit
401 Minnetonka Rd
HiNella, NJ 08083-2914


Fox Bindary
14000 N. Enon Church Rd
Chester, VA 23836


GE Capital
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404


Heidelberg USA Firm
PO Box 240
Roanoke, VA 24002


Hunter R. Wells, Esq.
Canfield, Wells & Kruck, LLP
4124 E. Parham Road
Henrico, VA 23228


J. King DeShazo III
10009 Whitesel Rd
Ashland, VA 23005

Jeremy S. Williams, Esq.
Kutak Rock LLP
1111 E. Main St., 8th flr
Richmond, VA 23219


Keiter
PO Box 32066
Henrico, VA 23294


Legum Law PLC
4004 Williamsburg Ct
Fairfax, VA 22032


McCarthy, Burgess & Wolff
26000 Cannon Rd
Cleveland, OH 44146


Michael E. Derdeyn, Esq.
PO Box 2057
Charlottesville, VA 22902


Peoples Bank
850 Main Street
Bridgeport, CT 06604


Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250


Progressive Northern Insurance
PO Box 55156
Boston, MA 02205-5156


Richmond False Alarm
PO Box 759289
Baltimore, MD 21275


Robert Sydnor
1094 Boaters Way
Dunnsville, VA 22454


Safety Keen
PO Box 37428
Houston, TX 77237

St. Financial Serv
50 Washington St
Norwalk, CT 06854


Stone Office Equipment
5604 West Broad St
Richmond, VA 23230


SunTrust
PO Box 15618
Wilmington, DE 19850


Treasurer Commonwealth of VA
PO Box 562
Richmond, VA 23218


Update Limited
134 Peavey Circle
Chaska, MN 55318


Verizon
PO Box 4003
Acworth, GA 30101


Wells Fargo
PO Box 55126
Boston, MA 02205


Wells Fargo Business Direct
PO Box 29482
Phoenix, AZ 85038


Wilson Paper Co
PO Box 4005
Roanoke, VA 24015

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Digital Ink, Inc**                                                                    Case No.

                                                        Debtor(s)        Chapter    **7**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Digital Ink, Inc**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**January  5, 2018**                                        **/s/ W. Scott Dillard II**

Date                                                        **W. Scott Dillard II**

                                                        Signature of Attorney or Litigant
                                                        Counsel for    **Digital Ink, Inc**
                                                        **Spinella, Owings & Shaia, P.C.**
                                                        **8550 Mayland Drive**
                                                        **Richmond, VA 23294-4704**
                                                        **804-747-0920 Fax:804-270-7268**
                                                        **scottdillard@spinella.com**

## United States Bankruptcy Court
### Eastern District of Virginia

In re    **Digital Ink, Inc** _____    Case No. _____

Debtor(s)    Chapter    **7** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Harry Shaia, Jr., declare under penalty of perjury that I am the trustee in the bankruptcy case of Christopher David McGinnis, sole owner of **Digital Ink, Inc**, and that the following is a true and correct copy of the resolutions adopted by the sole stockholder of said corporation at a special meeting duly called and held on the 5th day of January 2018.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Harry Shaia, Jr., trustee in bankruptcy for Christopher David McGinnis, the sole stockholder of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Christopher David McGinnis,  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Harry Shaia, Jr., trustee in bankruptcy for Christopher David McGinnis, the sole stockholder of this corporation,  is authorized and directed to employ **W. Scott Dillard II**, attorney and the law firm of **Spinella, Owings & Shaia, P.C.** to represent the corporation in such bankruptcy case."

Date    **January  5, 2018** _____    Signed  /s/Harry Shaia, Jr., Trustee in Bankruptcy _____

Resolution of Sole Stockholder
of
**Digital Ink, Inc**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that Harry Shaia, Jr., trustee in bankruptcy for Christopher David McGinnis, the sole stockholder of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Christopher David McGinnis,  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Harry Shaia, Jr., trustee in bankruptcy for Christopher David McGinnis, the sole stockholder of this corporation,  is authorized and directed to employ **W. Scott Dillard II**, attorney and the law firm of **Spinella, Owings & Shaia, P.C.** to represent the corporation in such bankruptcy case."

Date  **January  5, 2018**                                         Signed  /s/Harry Shaia, Jr., Trustee in Bankruptcy