IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

DIGITAL INK, INC.                          Case No. 18-30056-KLP
                                                        Chapter 7

and

CHRISTOPHER DAVID McGINNIS,       Case No. 17-32815-KLP
Debtors.                                    Chapter 7

**<u>ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 7 CASES</u>**

Upon the motion (the"Motion") of Harry Shaia, Jr., Trustee (the "Trustee"), in the bankruptcy cases of Digital Ink, Inc., Case No 18-30056-KLP ("Digital Ink"), and Christopher David McGinnis, Case No. 17-32815-KLP ("McGinnis") (collectively, the "Cases") for entry of an order directing the joint administration of these related Chapter 7 cases, the Court finds that: (i) it has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the requested relief is in the best interest of the Debtors, their estates and creditors; (iv) proper and adequate notice of the Motion has been given and no other or further notice is necessary; (v) there have been no objections to the Motion; and (vi) upon the record herein, and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein; therefore, it is hereby

ORDERED that:

1. The Motion is GRANTED.

2. Pursuant to Bankruptcy Rule 1015(b), the Cases shall be jointly administered as follows:

(A) All documents filed in the Cases, except those which are to be filed pursuant to paragraphs (C) and (D) herein, shall have the following caption:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**In re:**

**DIGITAL INK, INC. and
CHRISTOPHER DAVID McGINNIS,**

Case No. 18-30056 KLP
Chapter 7
**(Jointly Administered)**

**Debtors.**

(B) Except for the documents listed in paragraphs (C) and (D) herein, a pleading or document filed in either of the Cases after the entry of this Order shall be docketed under Case No. 18-30056-KLP.

(C) A separate claims register shall be maintained for each case. Claims shall be filed only in the name and case number of the Debtor against which the claim is asserted. Any pleading related to a claim filed in a case shall also be filed in that case, and its caption shall have the name and case number of the case in which the claim is filed. A separate claim must be filed in each jointly administered case in which a claim is asserted.

(D) Even if filed after the entry of this Order, the following documents shall be filed on the docket of the case to which the document applies, and the caption of

these documents shall have the name and case number of the case to which the document applies:

    (i)  schedules, statements of financial affairs, and amendments thereto;

    (ii)  trustee final report and account and related notices; and,

    (iii)  motions to dismiss.

3.    This Order shall be docketed in each of the Cases with the following docket entry:

> Order directing joint administration of Digital Ink, Inc., Case No 18-30056-KLP, and Christopher David McGinnis, Case No. 17-32815-KLP pursuant to FRBP 1015(b). See Order for requirements relating to filing of pleadings and documents including the requirement that, notwithstanding such joint administration, claims shall be filed in the case for the Debtor against which the claim is asserted.

4.    The Trustee is authorized to take all actions necessary to implement the relief granted in this Order.

7.    The requirement under LBR 9013-1(G) to file a memorandum of law in connection with the Motion is waived.

8.    Notwithstanding any Bankruptcy Rule or Local Bankruptcy Rule that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective upon entry.

Dated: May 22 2018, 2018

Done in Richmond, Virginia

/s/ Keith L. Phillips
UNITED STATES BANKUPTCY JUDGE

Entered on Docket: May 22 2018

Copies:

Christopher David McGinnis
P.O. Box 191
Petersburg, VA 23804

Harry Shaia, Jr
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294

W. Scott Dillard, II
Spinella, Owings & Shaia PC
8550 Mayland Drive
Richmond, VA 23294

Hunter R. Wells
Canfield, Wells & Kruck, LLP
4124 E. Parham Road
Henrico, VA 23228

William A. Broscious
Kimberly A. Taylor
Kepley Broscious & Biggs, PLC
2211 Pump Road
Richmond, VA 23233

Shannon Pecoraro
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219