William A. Broscious, VSB #27436
Kimberly A. Taylor, VSB #29823
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, VA 23233
(804) 741-0400 x202
(804) 741-6175 (Facsimile)

*Counsel for the Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**In re:**

| | |
|---|---|
| **DIGITAL INK, INC., and** | Case No. 18-30056 KLP |
| **CHRISTOPHER DAVID McGINNIS,** | Chapter 7 |
| **Debtors.** | **(Jointly Administered)** |

**ORDER AUTHORIZING TRUSTEE TO CONDUCT
BANKRUPTCY RULE 2004 EXAMINATION**

Upon the motion of Harry Shaia, Jr., Trustee in the bankruptcy case of MGT Construction Management, Inc., for an order pursuant to Section 105(a) of title 11 of the United States Code, Rule 2004 of the Federal Rules of Bankruptcy Procedure and Rule 2004-1 of the Local Rules of this Court, authorizing discovery of Mary Heaton the Court finds that: (a) it has jurisdiction to consider the motion pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (d) proper and adequate notice of the motion and the hearing thereon has been given and no other or further notice is necessary; (e) there have been no objections to the motion; and (f) upon the record herein, and after due deliberation thereon, good

and sufficient cause exists for the granting of the relief as set forth herein; therefore, it is hereby ORDERED that:

1. The motion and the relief requested therein is GRANTED;

2. The Trustee is authorized to examine Ms. Heaton to the fullest extent permitted by Rules 2004 and 9016 of the Bankruptcy Rules concerning the financial affairs and operations of the Debtors and whether any claims or causes of action may exist against BSMT, Inc. or any other persons or entities;

3. The Trustee is authorized and empowered to take all actions necessary to implement the relief granted herein, including but not limited to issuing and serving subpoenas for production of documents and for examination of witnesses;

4. This Order is without prejudice to the Trustee's right to apply to the Court for further discovery of Ms. Heaton or any other person;

5. The requirement under Rule 9013-1(G) to file a memorandum of law in connection with the Motion is waived; and

6. This Order shall be effective immediately upon entry.

Done in Richmond, Virginia                    _____
                                              UNITED STATES BANKUPTCY JUDGE

Dated: _____, 2018

I ASK FOR THIS:

/s/ *Kimberly A. Taylor*
William A. Broscious, VSB #27436
Kimberly Ann Taylor, VSB #29823
Counsel for the Trustee
Kepley Broscious & Biggs, PLC
2211 Pump Road
Richmond, VA 23233
Phone: (757) 636-9826
Fax: (804) 741-6175
ktaylor@kbbplc.com

**CERTIFICATION OF ENDORSEMENT
UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**

    I hereby certify that the foregoing proposed Order has been endorsed by or served upon all necessary parties.

                                            /s/ *Kimberly A. Taylor*
                                            Counsel

## SERVICE LIST:

*Counsel to the Trustee:*  William A. Broscious, Esquire
Kepley Broscious & Biggs, PLC
2211 Pump Road
Richmond, Virginia 23233

*Office of the U.S. Trustee:*  Robert B. Van Arsdale, Esquire
Shannon Pecoraro, Esquire
OFFICE OF THE U. S. TRUSTEE
701 East Broad Street - Suite 4304
Richmond, Virginia 23219

*Debtor:*  c/o Christopher David McGinnis
P.O. Box 191
Petersburg, Virginia 23804

*copy to:*  Hunter R. Wells, Esquire
Canfield, Baer & Kruck LLP
4124 E. Parham Road
Richmond, Virginia 23228

*Mary Heaton:*  Mary Heaton
c/o BMST, Inc.
1961 Puddledock Road
Petersburg, Virginia 23803