IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DIGITAL INK, INC., AND | ) | Case No. 18-30056-KLP |
| CHRISTOPHER DAVID MCGINNIS, | ) | Chapter 7 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| HARRY SHAIA, JR., Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. No. 18-03098-KLP |
| | ) | |
| BMST, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION TO DISQUALIFY HARRY SHAIA, JR. AS TRUSTEE OF THE BANKRUPTCY ESTATE OF DIGITAL INK, INC., HARRY SHAIA JR. AS THE TRUSTEE OF THE BANKRUPTCY ESTATE OF CHRISTOPHER DAVID McGINNIS, AND THE LAW FIRM OF KEPLEY BROSCIOUS & BIGGS, PLC**

Defendant, BMST, Inc., by counsel, pursuant to 11 U.S.C. § 324 moves to disqualify Harry Shaia, Jr., as the Chapter 7 Trustee of the Bankruptcy Estate of Digital Ink., Inc., Harry Shaia, Jr., as the Chapter 7 Trustee of Christopher David McGinnis, and the law firm of Kepley Broscious & Biggs, PLC. In support of this motion, BMST, Inc. submits its memorandum of law filed simultaneously with this motion.

Robert S. Westermann (VSB No. 43294)
Franklin R. Cragle, III (VSB No. 78398)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:     804.771.9500
Facsimile:      804.644.0957
E-Mail:  rwestermann@hirschlerlaw.com
             fcragle@hirschlerlaw.com

*Counsel for BMST, Inc.*

Dated: June 17, 2019                                    Respectfully submitted,

                                                           BMST, INC.

                                                           /s/ Franklin R. Cragle, III
                                                                           Counsel

Robert S. Westermann (VSB No. 43294)
Franklin R. Cragle, III (VSB No. 78398)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9500
Facsimile:     804.644.0957
E-Mail:        rwestermann@hirschlerlaw.com
                    fcragle@hirschlerlaw.com

*Counsel for BMST, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2019, a true and complete copy of the foregoing was filed and served electronically using the Court's ECF System and was also sent by e-mail as follows:

> Kimberly A. Taylor, Esq.
> William A. Broscious, Esq.
> Kepley Broscious & Biggs, PLC
> 2211 Pump Road
> Richmond, Virginia 23233
> (ktaylor@kbbplc.com)
> *Counsel for Harry Shaia, Jr., Trustee*

In addition, I hereby certify that on June 17, 2019, a true and complete copy was sent via first-class mail, postage pre-paid and addressed as follows:

Digital Ink, Inc.
P.O. Box 191
Petersburg, VA 23804-0191

US Trustee Richmond
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219-1849
Attn.: Shannon F. Pecoraro

ARC
P.O. Box 5378
Philadelphia, PA 19142-0378

Ally
P.O. Box 78369
Phoenix, AZ 85062-8369

American Express
948 Clopper Road
2nd Floor
Gaithersburg, MD 20878-1366

Capital Solution BanCorp LLC
12761 World Plaza Ln.
Ft. Myers, FL 33907-4080

City of Richmond

Kepley Broscious & Biggs, PLC
2211 Pump Road
Richmond, VA 23233-3507

United States Bankruptcy Court
701 East Broad Street
Richmond, VA 23219-1888

Adams, Jenkins & Cheatham
231 Wylderose Drive
Midlothian, VA 23113-6845

American Boiler Inspection Service
12800 Saddlerseat Place
Henrico, VA 23233-7687

Bank of America
7322 Southwest Freeway
Suite 1600
Houston, TX 77074-2134

Cirus
P.O. Box 5344
Richmond, VA 23220-0344

Virginia Department of Taxation

3

P.O. Box 26505
Richmond, VA 23261-6505

City of Richmond, City Hall
Room 109, Delinquent Taxes
900 East Broad Street
Richmond, VA 23219-1907

Dankos, Gordon & Tucker
1360 E. Parham Road
Suite 200
Henrico, VA 23228-2366

Everest Business Funding
8200 NW 52nd Ter., 2nd Floor
Doral, FL 33166-7852

Ford Motor Credit
401 Minnetonka Road
HiNella, NJ 08083-2914

Fox Bindery, Inc.
d/b/a Fox Group, Inc.
The Eliades law Firm, PLLC
14000 N. Enon Church Road
Chester, VA 23836-3312

Heidelberg USA Firm
P.O. Box 240
Roanoke, VA 24002-0240
Hunter R. Wells, Esq.

Canfield, Wells, Kruck, LLP
4124 E. Parham Road
Henrico, VA 23228-3752

Jeremy S. Williams, Esq.
Kutak Rock LLP
1111 E. Main Street, 8th Floor
Richmond, VA 23219-3521

Kutak Rock LLP
c/o Loc Pfeiffer, Esq.
901 East Byrd Street, Suite 1000
Richmond, VA 23219-4071

P.O. Box 2156
Richmond, VA 23218-2156
Department of the Treasury – IRS
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

FedEx Freight
P.O. Box 223125
Pittsburgh, PA 15251-2125

Fox Bindary
14000 N. Enon Church Road
Chester, VA 23836-3312

GE Capital
1010 Thomas Edison Blvd. SW
Cedar Rapids, IA 52404-8247


Heidelburg USA, Inc.
c/o Greenberg Law Firm
P.O. Box 240
Roanoke, VA 24002-0240
J. King DeShazo III
10009 Whitesel Road
Ashland, VA 23005-3406


Keiter
P.O. Box 32066
Henrico, VA 23294-2066


Legum Law PLC
4004 Williamsburg Ct.
Fairfax, VA 22032-1139


McCarthy, Burgess & Wolff

4

Mailing Services of Virginia
P.O. Box 7664
Charlottesville, VA 22906-7664

Michael E. Derdeyn, Esq.
P.O. Box 2057
Charlottesville, VA 22902-2057

Pitney Bowes
P.O. Box 371887
Pittsburgh, VA 15250-7887

Richmond False Alarm
P.O. Box 759289
Baltimore, MD 21275-9289

Safety Keen
P.O. Box 37428
Houston, TX 77237-7428

Stones Office Equipment
5604 West Broad St.
Richmond, VA 23230-2615

Treasurer Commonwealth of VA
P.O. Box 562
Richmond, VA 23218-0562

Verizon
P.O. Box 4003
Acworth, GA 30101-9004

Wells Fargo
P.O. Box 55126
Boston, MA 02205-5126

Wilson Paper Co.
P.O. Box 4005
Roanoke, VA 24015-0005

Harry Shaia, Jr.
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Suite 208
Richmond, VA 23294-4704

26000 Cannon Road
Cleveland, OH 44146-1807

Peoples Bank
850 Min Street
Bridgeport, CT 06604-4904

Progressive Northern Insurance
P.O. Box 55156
Boston, MA 02205-5156

Robert Sydnor
1094 Boaters Way
Dunnsville, VA 22454-2138

St. Financial Services
50 Washington Street
Norwalk, CT 06854-2710

SunTruste
P.O. Box 15618
Wilmington, DE 19850-5618

Update Limited
134 Peavey Circle
Chaska, MN 55318-2347

Wells Fargo Vendor Financial Services, LLC
Jason Harkness
1010Thomas Edison Blvd., SW
Cedar Rapids, IA 52404-8247
Wells Fargo Business Direct
P.O. Box 29482
Phoenix, AZ 85038-9482

Wilson Paper Company, Inc.
Law Office of R. Bruce Fickley PC
P.O. Box 4005
Roanoke, VA 24015-0005
John P. Fitzgerald, III
Office of the U.S. Trustee – Region 4-R
701 E. Broad Street, Suite 4304
Richmond, VA 23219-1849

W. Scott Dillard II
Spinella, Owings & Shaia P.C.
8550 Mayland Drive
Richmond, VA 23294-4704

                                      /s/ Franklin R. Cragle, III
                                            Counsel

11288773.1  043348.00001