William A. Broscious (VSB No. 27436)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, Virginia 23233
Telephone: 804.741.0400

*Counsel for Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **DIGITIAL INK, INC., and** | ) | Case No. 18-30056-KLP |
| **CHRISTOPHER DAVID MCGINNIS,** | ) | Chapter 7 (Jointly Administered) |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## ORDER APRROVING MOTION FOR COMPROMISE AND SETTLEMENT

Harry Shaia, Jr., Trustee (the "**Trustee**"), by counsel, on his Motion For Approval of Compromise and Settlement [*doc. no. 92*] (the "**Motion**"), and it appearing to the Court that the settlement proposed therein by and between the Trustee and BMST, Inc. (the "**Settlement**") is reasonable, fair and equitable, and in the best interests of the creditors of the bankruptcy estates in the Chapter 7 bankruptcy cases of Christopher David McGinnis and Digital Ink, Inc.; there being no objections to the Motion after proper and adequate notice thereof being provided; and for good cause shown it is hereby ORDERED as follows:

1. The Motion is **GRANTED**;

2. The Settlement, and the Trustee's execution and delivery of the Settlement Agreement (as described in and attached to the Motion), be and hereby is approved;

3. The Trustee be and hereby is authorized to take all reasonable steps necessary to effectuate the Settlement as approved herein;

4. The requirement under Rule 9013-1(G) to file a memorandum of law in connection with the Motion is waived; and

5. The Court shall retain jurisdiction over any and all aspects of the Settlement.

Dated: Richmond, Virginia
_____, 2019

/s/ Keith L. Phillips
_____
UNITED STATES BANKUPTCY JUDGE

Feb 3 2020

Entered on Docket: Feb 4 2020

I ASK FOR THIS:

/s/ *William A. Broscious*
William A. Broscious (VSB #27436)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, Virginia 23233

*Counsel for the Trustee*


SEEN AND AGREED:

/s/ *Robert S. Westermann*
Robert S. Westermann (VSB #43294)
Franklin R. Cragle, III (VSB #78398)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500

*Counsel for BMST, Inc.*


**CERTIFICATION OF ENDORSEMENT**
**UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**

I hereby certify that the foregoing proposed Order has been endorsed by or served upon all necessary parties.

/s/ *William A. Broscious*
Counsel

**Service List**

| | |
|---|---|
| *Counsel to the Trustee:* | William A. Broscious, Esq.<br>Kepley Broscious & Biggs, PLC<br>2211 Pump Road<br>Richmond, Virginia 23233 |
| *Trustee:* | Harry Shaia, Jr., Trustee<br>Spinella, Owings & Shaia, P.C.<br>8550 Mayland Drive<br>Richmond, Virginia  23294 |
| *Office of the U.S. Trustee:* | Shannon Pecoraro, Esq.<br>Office of the U. S. Trustee<br>701 East Broad Street - Suite 4304<br>Richmond, Virginia 23219 |
| *Counsel for BMST, Inc.:* | Robert S. Westermann, Esq.<br>Franklin R. Cragle, III, Esq.<br>Hirschler Fleischer, P.C.<br>The Edgeworth Building<br>2100 East Cary Street<br>Post Office Box 500<br>Richmond, Virginia 23218-0500 |
| *Counsel for*<br>*Christopher David McGinnis*: | Hunter R. Wells, Esq.<br>Canfield, Baer & Heller LLP<br>2201 Libbie Avenue, Suite 200<br>Richmond, VA 23230 |