William A. Broscious, Esquire (VSB #27436)
Kepley Broscious & Biggs, PLC
2211 Pump Road
Richmond, Virginia 23233
804.741.0400

*Counsel for the Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **DIGITAL INK, INC., and** | ) | Case No. 18-30056-KLP |
| **CHRISTOPHER DAVID MCGINNIS,** | ) | Chapter 7 (Jointly Administered) |
| | ) | |
| **Debtors.** | ) | |

## ORDER APRROVING TRUSTEE'S REPORT AND RECOMMENDATIONS

Harry Shaia, Jr., Trustee (the "**Trustee**"), by counsel, on the Trustee's Report and Recommendations [*doc. no. 94*] (the "**Report and Recommendations**"), and it appearing to the Court that the settlement proposed therein by and between the Trustee and BMST, Inc. (the "**Settlement**") is reasonable, fair and equitable, and in the best interests of the creditors of the jointly administered bankruptcy estates of the debtors, Christopher David McGinnis and Digital Ink, Inc. (jointly, the "**Estates**"); there being no objections to the Report and Recommendations after proper and adequate notice thereof being provided; and for good cause shown it is hereby **ORDERED** as follows:

1.  The Report and Recommendations are **APPROVED** and **GRANTED**;

2.  The Trustee be and hereby is authorized to take all reasonable steps necessary to effectuate the following allocations by and between the Estates as follows:

    a.  $125,000 of the BMST Settlement Funds (as defined in the Report and Recommendations) shall be allocated to the estate of Digital Ink. Inc. (the "**DII Estate**"), and

$75,000 of the BMST Settlement Funds be allocated to the estate of David Christopher McGinnis (the "**McGinnis Estate**"); and

        b.      The Trustee's professional fees and expenses specifically incurred in the Adversary Proceeding (as defined in the Report and Recommendations) shall be allocated on the same percentage basis as the BMST Settlement Funds, namely 62.5% to the DII Estate and 37.5% to the McGinnis Estate, all subject to the Court's approval following proper application and a hearing thereon;

    3.    The requirement under Rule 9013-1(G) to file a memorandum of law in connection with the Motion is waived; and

    4.    The Court shall retain jurisdiction over any and all aspects of the jointly administered cases and the allocations approved herein.

Feb 14 2020

Dated: Richmond, Virginia  
_____, 2019

/s/ Keith L. Phillips  
UNITED STATES BANKUPTCY JUDGE

Entered on Docket: Feb 18 2020

I ASK FOR THIS:

/s/ *William A. Broscious*  
William A. Broscious (VSB #27436)  
KEPLEY BROSCIOUS & BIGGS, PLC  
2211 Pump Road  
Richmond, Virginia 23233

    *Counsel for the Trustee*

SEEN AND NO OBJECTION:

/s/ *Shannon F. Pecoraro*  
Shannon F. Pecoraro, Esquire (VSB #46864)  
Office of the U.S. Trustee  
701 East Broad Street, Suite 4304  
Richmond, Virginia 23219

    *Office of the United States Trustee*

2

# CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify that the foregoing proposed Order has been endorsed by or served upon all necessary parties.

/s/ *William A. Broscious*
Counsel

**Service List**

William A. Broscious, Esquire
Kepley Broscious & Biggs, PLC
2211 Pump Road
Richmond, Virginia 23233

Harry Shaia, Jr., Trustee
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, Virginia  23294

Kenneth N. Whitehurst, III, Esquire
Assistant United States Trustee
OFFICE OF THE UNITED STATES TRUSTEE
Norfolk Federal Building, Room 625
200 Granby Street
Norfolk, Virginia 23510

Shannon F. Pecoraro, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
701 East Broad Street - Suite 4304
Richmond, Virginia 23219

Christopher David McGinnis
P.O. Box 191
Petersburg, Virginia 23804

Digital Ink., Inc.
c/o Christopher David McGinnis
P.O. Box 191
Petersburg, Virginia 23804

Hunter R. Wells, Esquire
CANFIELD, WELLS & KRUCK LLP
4124 E. Parham Road

Henrico, Virginia 23228

4